UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MANNY LOPEZ,            )
                        )
    Plaintiff,        )
                        )
  vs.                   )  Case No. 4:11-CV-891 (CEJ)
                        )
UNITED STATES OF AMERICA, )
                        )
    Defendant.        )

## JUDGMENT

In accordance with the Memorandum entered this date and the Memorandum and Order entered on April 17, 2013,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the United States of America and against plaintiff Manny Lopez.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of defendant Shea Pyron and against plaintiff Manny Lopez.

Costs shall be borne by plaintiff Manny Lopez.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of December, 2013.